IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-50817
_____


DIANA GUERRERO,

Plaintiff-Appellant,

versus

STATE FARM MUTUAL AUTO INSURANCE CO.,
also known as State Farm Insurance
Company, also known as State Farm
Insurance Companies,

Defendant-Appellee.

_____

Appeal from the United States District Court for the
Western District of Texas
USDC No. SA-98-CV-234-HG
_____
June 19, 2000

Before REYNALDO G. GARZA, JOLLY, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is AFFIRMED.  See 5th Cir.

R.47.6.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.